UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF FERNLEY,<br><br>        Plaintiff - Appellant,<br><br> and<br><br>DAVID F. STIX, Jr.; DEENA E. EDMONSTON,<br><br>        Intervenor-Plaintiffs,<br><br>  v.<br><br>ERNEST A. CONANT, Regional Director of the U.S. Bureau of Reclamation; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>PYRAMID LAKE PAIUTE TRIBE,<br><br>        Intervenor-Defendant - Appellee. | No. 22-15400<br><br>D.C. No. 3:21-cv-00119-MMD-CLB<br>U.S. District Court for Nevada, Reno<br><br>**MANDATE** |
| CITY OF FERNLEY,<br><br>        Plaintiff,<br><br> and | No. 22-15603<br><br>D.C. No. 3:21-cv-00119-MMD-CLB<br>U.S. District Court for Nevada, Reno |

DAVID F. STIX, Jr. and DEENA E. EDMONSTON,

        Intervenor-Plaintiffs - Appellants,

  v.

ERNEST A. CONANT, Regional Director of the U.S. Bureau of Reclamation; et al.,

        Defendants - Appellees,

PYRAMID LAKE PAIUTE TRIBE,

        Intervenor-Defendant - Appellee.

The judgment of this Court, entered March 17, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT